**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ALBERTO PEREZ-FERRER,

Petitioner,

v. No. 2:26-CV-00551-KG-KK

PAMELA BONDI, et al.,

Respondents.

**ORDER REQUIRING RESPONSE TO PETITIONER'S**
**MOTION FOR IMMEDIATE RELEASE**

Petitioner Alberto Perez-Ferrer filed a pro se Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 on February 23, 2026. Doc. 1. On April 1, 2026, the Court issued a Memorandum Opinion and Order granting the habeas petition and directing the Government to provide Petitioner with a bond hearing before an immigration judge within seven days. Doc. 8 at 4. The Order also directed the Government to file a status report with the Court within ten (10) days confirming compliance with the Order. *Id.*

The Government's subsequent Status Report indicated bond was denied because Petitioner "was ordered removed on February 27, 2026, to the country of Ecuador[.]" Doc 9 at 3. Petitioner then filed a Motion for Immediate Release Or, In the Alternative, For a New Bond Hearing Before a Different Immigration Judge ("Motion for Immediate Release"). Doc 11. That Motion is now pending before the Court.

Given these proceedings, the Court orders the Government to respond to the Motion for Immediate Release by October 14, 2026. The Government shall address the status of Petitioner's order of removal and provide copies of any relevant orders or notices of appeal.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales____________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.